UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
NUNEZ, JESSICA § Case No. 12-05614
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on        .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Elizabeth C. Berg_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-05614   DRC   Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | NUNEZ, JESSICA | Date Filed (f) or Converted (c): | 02/16/12 (f) |
|  |  | 341(a) Meeting Date: | 03/26/12 |
| For Period Ending: | 04/24/14 | Claims Bar Date: | 11/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account<br>  Checking at Old Second | 100.00 | 0.00 |  | 0.00 | FA |
| 2. Household Goods<br>  Household Goods | 1,000.00 | 0.00 |  | 0.00 | FA |
| 3. Wearing Apparel<br>  Clothing for One Woman | 500.00 | 0.00 |  | 0.00 | FA |
| 4. Contingent & Unliquidated Claims<br>  Possible Divorce Award on Ex-Spouse's Worker's Comp Claim | Unknown | 25,000.00 |  | 22,999.98 | FA |
| 5. Tax Refund<br>  Tax Refund | 3,600.00 | 0.00 |  | 0.00 | FA |
| 6. 2005 Jeep Liberty Sport<br>  2005 Jeep Liberty Sport Carmax Appraisal Offer dated 2/14/12 | 3,000.00 | 0.00 |  | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $8,200.00 | $25,000.00 |  | $22,999.98 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pursuant to marital settlement agreement, Debtor has right to share in Workers Compensation award of ex-spouse. Trustee contacted attorney handling WC claiim, invesitgated value of claim and validity of liens against same. Per recent amended arbitrator's decision, estate interest was $23,000 to be paid in 6 installments. All payments received. Trustee reviewed claims. Trustee advised by accountant that no Estate tax return was necessary. Trustee prepared TFR.

Initial Projected Date of Final Report (TFR): 03/31/14    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 12-05614 -DRC | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | NUNEZ, JESSICA | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******5893 Checking Account |
| Taxpayer ID No: | *******4312 | | | |
| For Period Ending: | 04/24/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 3,823.33 | | 3,823.33 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,813.33 |
| 01/09/14 | 4 | Goldberg Weisman & Cairo<br>One E. Wacker Drive<br>38th Floor<br>Chicago IL 60601 | SETTLEMENT: EX SPOUSE WORKER COMP | 1129-000 | 3,833.33 | | 7,646.66 |
| 02/04/14 | 4 | Goldberg Weisman & Cairo<br>One E. Wacker Drive<br>38th Floor<br>Chicago IL 60601 | SETTLEMENT: EX SPOUSE WORKER COMP | 1129-000 | 3,833.33 | | 11,479.99 |
| 02/06/14 | 4 | Goldberg Weisman & Cairo<br>One E. Wacker Drive<br>38th Floor<br>Chicago IL 60601 | SETTLEMENT: EX SPOUSE WORKER COMP | 1129-000 | 3,833.33 | | 15,313.32 |
| 02/06/14 | 005001 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | 2013 Bond Premium<br>Bond Number: #016026455 | 2300-000 | | 7.89 | 15,305.43 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 15,295.43 |
| 03/04/14 | 4 | Goldberg Weisman & Cairo<br>One E. Wacker Drive<br>38th Floor<br>Chicago IL 60601 | SETTLEMENT: EX SPOUSE WORKER COMP | 1129-000 | 3,833.33 | | 19,128.76 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 19.07 | 19,109.69 |
| 03/17/14 | 4 | Goldberg Weisman & Cairo<br>One E. Wacker Drive<br>38th Floor<br>Chicago IL 60601 | SETTLEMENT: EX SPOUSE WORKER COMP | 1129-000 | 3,833.33 | | 22,943.02 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 30.61 | 22,912.41 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 12-05614 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | NUNEZ, JESSICA | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5893  Checking Account |
| Taxpayer ID No: | *******4312 | | |
| For Period Ending: | 04/24/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | Account *******5893 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 5 | Deposits | 19,166.65 | 1 | Checks | 7.89 |
| 0 | Interest Postings | 0.00 | 4 | Adjustments Out | 69.68 |
| | Subtotal | $ 19,166.65 | 0 | Transfers Out | 0.00 |
| | | | | Total | $ 77.57 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 3,823.33 | | | |
| | Total | $ 22,989.98 | | | |

FORM 2

Page: 3
Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-05614 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | NUNEZ, JESSICA | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0267 Checking Account |
| Taxpayer ID No: | *******4312 | | | |
| For Period Ending: | 04/24/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/08/13 | 4 | Goldberg Weisman & Cairo<br>One E. Wacker Drive<br>38th Floor<br>Chicago IL 60601 | SETTLEMENT: EX SPOUSE WORKER COMP | 1129-000 | 3,833.33 | | 3,833.33 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 10.00 | 3,823.33 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 3,823.33 | 0.00 |

| Account *******0267 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 3,833.33 | 0 | Checks | 0.00 |
| | 0 | Interest Postings | 0.00 | 1 | Adjustments Out | 10.00 |
| | | | | 1 | Transfers Out | 3,823.33 |
| | | Subtotal | $ 3,833.33 | | | |
| | 0 | Adjustments In | 0.00 | | Total | $ 3,833.33 |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 3,833.33 | | | |

| Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 6 | Deposits | 22,999.98 | 1 | Checks | 7.89 |
| | 0 | Interest Postings | 0.00 | 5 | Adjustments Out | 79.68 |
| | | | | 1 | Transfers Out | 3,823.33 |
| | | Subtotal | $ 22,999.98 | | | |
| | 0 | Adjustments In | 0.00 | | Total | $ 3,910.90 |
| | 1 | Transfers In | 3,823.33 | | | |
| | | Total | $ 26,823.31 | | Net Total Balance | $ 22,912.41 |

Case 12-05614    Doc 29    Filed 05/12/14    Entered 05/12/14 10:31:10    Desc Main
Document      Page 7 of 10

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 24, 2014 |
|---|---|---|---|---|---|---|

Case Number: 12-05614
Debtor Name: NUNEZ, JESSICA

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $1,309.00 | $0.00 | $1,309.00 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | | $7.89 | $7.89 | $0.00 |
| | Subtotal for Class Administrative | | | $1,316.89 | $7.89 | $1,309.00 |
| 000001<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $1,259.83 | $0.00 | $1,259.83 |
| 000002<br>070<br>7100-00 | Sprint Nextel<br>Attn: Bankruptcy Dept<br>P.O. Box 7949<br>Overland Park, KS 66207-0949 | Unsecured | (2-1) Modified on 09/09/13 to correct creditor address (ES) | $571.36 | $0.00 | $571.36 |
| | Subtotal for Class Unsecured | | | $1,831.19 | $0.00 | $1,831.19 |
| | Case Totals: | | | $3,148.08 | $7.89 | $3,140.19 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

          Exhibit D

Case No.: 12-05614
Case Name: NUNEZ, JESSICA
Trustee Name: Elizabeth C. Berg

    Balance on hand                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses        $_____

    Remaining Balance                                $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000002 | Sprint Nextel | $ | $ | $ |

    Total to be paid to timely general unsecured creditors       $_____

    Remaining Balance       $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of         % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $       . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $                    .