UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-05614 |
| Jessica Nunez, | ) | |
| | ) | Honorable Donald R. Cassling |
| | ) | (Kane County) |
| Debtor. | ) | Hearing Date: June 13, 2014 |
| | ) | Hearing Time: 10:30 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:              Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:       Estate

Date of Order Authorizing
Employment:                     February 16, 2012

Period for Which
Compensation is sought:         February 16, 2012 to Close of Case

Amount of Fees sought:          $1,078.06

Amount of Expense
Reimbursement sought:           $0.00

This is an:    Interim Application __        Final Application  _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $0.00   .

Dated:  May 12, 2014                        Elizabeth C. Berg, Trustee of the Estate of
                                            Jessica Nunez, Debtor


                                            By:     /s/Elizabeth C. Berg, Trustee
                                                    Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Jessica Nunez, | ) | Case No. 12-05614 |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: June 13, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

**Application for Allowance and Payment of Final Compensation
of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Jessica Nunez, debtor ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $1,078.06 as final compensation for services rendered as trustee in this case from February 16, 2012 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1. On February 16, 2012 ("Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The asset of value to the Estate consisted of the Debtor's interest in her ex-husband's workers' compensation claim which was granted to Debtor as part of a marital settlement ("Workers' Comp Claim").

4. The bar date for filing claims in this case was November 13, 2013.

**Prior Compensation**

5. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case.

## Services Rendered by Trustee

7. Since her appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

    A. Trustee reviewed and analyzed the Debtor's Schedules of Assets and Liabilities; the Debtor's Statements of Financial Affairs; and conducted an examination of the Debtor pursuant to Section 341 of the Code;

    B. Trustee conducted an initial investigation into the Estate's interest in the Workers' Comp Claim; Trustee analyzed the potential value of the Workers' Comp Claim to the Estate; Trustee notified requisite parties of the commencement of Debtor's bankruptcy case and asserted the Estate's interest in the Workers' Comp Claim; Trustee monitored the prosecution of the Workers' Comp Claim in order to protect the Estate's interest; when the Workers' Comp Claim was adjudicated by an arbitrator, Trustee directed her attorneys to procure the turnover of all funds due to Debtor under the marital settlement agreement; Trustee monitored the receipt of all monies due and payable to Debtor and, ultimately, recovered nearly $23,000.00;

    C. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

    D. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

    E. Trustee analyzed the Estate's tax obligations;

F. Trustee examined, analyzed and verified proofs of claim filed against the Estate;

G. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

**Funds Collected and Disbursed by Trustee**

8. Trustee has collected the sum of $22,999.98 on behalf of the Estate. Trustee has made $87.57 in disbursements in this case as of the date hereof.

9. Copies of the *Form 1 Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

**Compensation Requested**

10. During the period covered by this Application, Trustee spent 18.70 hours rendering services on behalf of this Estate with a value of $3,854.00. Trustee has not included her time to prepare this final fee application or her final report. Trustee estimates that she will spend an additional three hours rendering services with a value of $675.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file her final account.

11. The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements in this case less the $18,687.75 anticipated surplus funds to be turned over to Debtor, is $1,078.06 as follows:

| | |
|---|---|
| 25% of the first $4,312.23 | $1,078.06 |
| Total allowable compensation | $1,078.06 |

12. Based upon the caliber of the services rendered by Trustee, the results achieved in this case, Trustee requests allowance and payment of final compensation

3

for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $1,078.06. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13. After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a distribution to general unsecured creditors totaling 100% of timely filed claims general unsecured claims, plus interest. As set forth above, Trustee anticipates that there will be a surplus of funds to be returned to the Debtor.

14. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

15. Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

### Status of the Case

16. The Trustee has liquidated or abandoned (or sought to abandon) all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

17. Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Jessica Nunez, debtor requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $1,078.06 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from February 16, 2012 through the closing of this case;

B. Authorizing the Trustee to pay the amount awarded from the Estate funds held by the Trustee as part of her final distribution in this case;

4

    C.    For such other and further relief as this Court deems appropriate.

Dated: April 29, 2014        Elizabeth C. Berg, as trustee of the estate of Jessica Nunez, debtor

        By: /s/ _____
           Elizabeth C. Berg

Elizabeth C. Berg
Attorney I.D. No. 6200886
20 N. Clark St., Suite 200
Chicago, IL 60602
(312) 726-8150

5

**Trustee's Final Fee Application**　　　　　　　　　　　　**Jessica Nunez, Debtor**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 12-05614**

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

**Phone:** (312) 726-8150
**Fax:** (312) 470-6323                                                                                     **FEIN:** 36-4352753

**Invoice submitted to:**                                                                April 23, 2014
                                                                                         Invoice No:   02437

Elizabeth C. Berg, Trustee
Baldi Berg, Ltd.
20 North Clark Street
Suite 200
Chicago, IL 60602

**In Reference to:**   *Nunez, Jessica - Trustee Matters*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 5/01/2012 | ECB | Email to Debtor's counsel re Debtor's interest in Husband's workers compensation claim | 0.10<br>$300.00/ hr | $30.00 |
| 6/12/2012 | JMM | Review 341 transcript re testimony re workers compensation case (.2) TC with Debtor's counsel re same (.2) Confer with Clerk re investigation (.1) | 0.50<br>$125.00/ hr | $62.50 |
| 6/20/2012 | ECB | Confer with law clerk re phone call with counsel for Workers Comp claim and status of decision on same | 0.20<br>$300.00/ hr | $60.00 |
| 6/20/2012 | JMM | Spoke w/ with Nunez's ex-husbands lawyer regarding worker's comp case (.3); and drafted letter re: potential interest and notification of bankruptcy (2.2) | 2.50<br>$125.00/ hr | $312.50 |
| 6/22/2012 | ECB | Review and revise letter to counsel for Debtor's ex-husband regarding debtor's interest in 1/2 proceeds of workers compensation case | 0.40<br>$300.00/ hr | $120.00 |
| 6/22/2012 | JMM | Edited letter to Larry Ruder | 0.70<br>$125.00/ hr | $87.50 |

**Baldi Berg, Ltd**

Nunez, Jessica - Trustee Matters

4/23/2014

Page 2

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 8/23/2012 | ECB | TC with creditor Citibank re status of no-asset case and possibility of recovery from ex-husband's Worker's Compensation case; Update Trustee database | 0.10<br>$300.00/ hr | $30.00 |
| 10/23/2012 | ECB | TC with attorney's office for debtor's ex-spouse re status or recovery of ex-spouse's Worker's Comp award and inquire into potential liens against same | 0.30<br>$300.00/ hr | $90.00 |
| 10/26/2012 | ECB | TC with Worker's Compensation counsel for Debtor's ex-spouse regarding entry of arbitrator's amended decision, potential liens claims against same and review process | 0.30<br>$300.00/ hr | $90.00 |
| 10/26/2012 | JMM | Review case file and docket to update current status for preparation of Trustee's annual report | 0.80<br>$125.00/ hr | $100.00 |
| 10/31/2012 | ECB | Review, revise and approve annual report, form 1 and form 2 prepared for filing with court and United States Trustee (.7) Confer with JMM re compilation and filing of both hard and electronic copies of same (.2) | 0.90<br>$300.00/ hr | $270.00 |
| 10/31/2012 | JMM | Meet with Trustee re: case update & preparation of annual reports (.3) & Compile paper and electronic reports and arrange for filing of same with Bankruptcy Court and United States Trustee Office (.4) | 0.70<br>$125.00/ hr | $87.50 |
| 11/05/2012 | ECB | Review arbitrator's award (.4) Confer with JDL re union's asserted lien and subrogation rights against ex-husband's worker's comp claims (.2) | 0.60<br>$300.00/ hr | $180.00 |
| 8/13/2013 | ECB | Confer with staff re preparation of motions to retain counsel and accountants (.2) | 0.20<br>$325.00/ hr | $65.00 |
| 9/23/2013 | ECB | Telephone call to Blanca at Attorney Gerry Doll's office regarding status of payout on Worker's Compensation settlement (.1) Update Trustee database and file re same (.1) | 0.20<br>$325.00/ hr | $65.00 |

**Baldi Berg, Ltd**                                              4/23/2014

Nunez, Jessica - Trustee Matters                                  Page    3

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/24/2013 | ECB | Review, revise and finalize case annual report (.5) File same with court (.1) and submit to UST office (.1) | 0.70<br>$325.00/ hr | $227.50 |
| 10/24/2013 | JMM | Review case file and docket to update current status for preparation of Trustee's Annual Reports (.2), Meet with Trustee re: case update and preparation of annual reports (.3), Compile paper and electronic reports and arrange for filing of same with Bankruptcy Court and United States Trustee (.4) | 0.90<br>$175.00/ hr | $157.50 |
| 11/07/2013 | ECB | Process receipt of initial installment of marital settlement payment ; Confer with staff re procedures for remaining payments | 0.20<br>$325.00/ hr | $65.00 |
| 11/07/2013 | JMM | Draft Letter to Debtor's PI Attorney re: receipt of First Installment | 0.30<br>$175.00/ hr | $52.50 |
| 11/08/2013 | JMM | Request EIN from IRS (.1), Send email request to Congressional re: New Bank Account (.1), Open new bank account and deposit check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.40<br>$175.00/ hr | $70.00 |
| 12/07/2013 | ECB | Open, review and approve Nov 13 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 12/10/2013 | JMM | Process November 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 1/09/2014 | JMM | Deposit Check into TCMS (.1), Deposit Check into Associated Bank using scanner (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 1/17/2014 | JMM | Process and Reconcile Congressional Bank Transfer Statement (.1), Process January 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.30<br>$175.00/ hr | $52.50 |

**Baldi Berg, Ltd**　　　　　　　　　　　　　　　　　　　　　　　　　　　　4/23/2014

Nunez, Jessica - Trustee Matters　　　　　　　　　　　　　　　　　　Page　　4

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 1/20/2014 | RKP | Review case file and information regarding estate tax obligation (.1); prepare memo to L. Berg and L. West re: same (.1); compile documents as needed for accountant analysis of estate tax obligation (.1) | 0.30 $195.00/ hr | $58.50 |
| 2/04/2014 | JMM | Deposit check into TCMS (.1), Deposit check into Bank via Bank Scanner (.1) | 0.20 $175.00/ hr | $35.00 |
| 2/06/2014 | ECB | Run Bond report, prep premium payment; Prep transmittal to International Securities re same | 0.20 $325.00/ hr | $65.00 |
| 2/06/2014 | JMM | Deposit check into TCMS (.1), Deposit check into Bank via Bank Scanner (.1) | 0.20 $175.00/ hr | $35.00 |
| 2/10/2014 | ECB | Open and approve Jan14 bank statement | 0.10 $325.00/ hr | $32.50 |
| 2/10/2014 | JMM | Process January 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/ hr | $35.00 |
| 2/11/2014 | ECB | TC with Debtor's counsel re status of case and likelihood of surplus for debtor (.2) TC with debtor re new mailing address and update Trustee database to reflect same (.1) | 0.30 $325.00/ hr | $97.50 |
| 2/21/2014 | ECB | Memo to estate's accountant re prep of 2013 tax returns | 0.10 $325.00/ hr | $32.50 |
| 2/25/2014 | JMM | Review Trustee's 1st Quarter Annual Report (.1), Edit Form 3 Notes (.1) | 0.20 $175.00/ hr | $35.00 |
| 3/04/2014 | JMM | Deposit installment check into TCMS (.1), Deposit check into Associated Bank via scanner (.1) | 0.20 $175.00/ hr | $35.00 |
| 3/10/2014 | ECB | Open, review and approve Feb 14 bank statement | 0.10 $325.00/ hr | $32.50 |

**Baldi Berg, Ltd**                                                                                                   4/23/2014

Nunez, Jessica - Trustee Matters                                                                        Page    5

---

| Date | TK | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 3/10/2014 | JMM | Process February 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/ hr | $35.00 |
| 3/17/2014 | JMM | Deposit final settlement check into TCMS (.1), Send check to Associated Bank via scanner (.1), Review and approve claims filed in case (.2), Draft email to ECB re: Preparation of Final Report and Tax Return issues (.1) | 0.50 $175.00/ hr | $87.50 |
| 4/04/2014 | ECB | Email estate's accountant re status of tax return prep(.1) TC acct re same (.1) | 0.20 $325.00/ hr | $65.00 |
| 4/10/2014 | ECB | TC with acct re receipt of final installment and prep of final return | 0.20 $325.00/ hr | $65.00 |
| 4/11/2014 | ECB | Open and review Mar14 bank statement | 0.10 $325.00/ hr | $32.50 |
| 4/14/2014 | JMM | Process March 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/ hr | $35.00 |
| 4/21/2014 | RKP | Prepare Trustee fee application (1.0); proposed order, coversheet and affidavit (.3); draft TFR (1.0) and NFR (.5); compile documents in support of TFR package (.3); review and edit same (.3). | 3.40 $195.00/ hr | $663.00 |

|  |  |
|---|---|
| Total Fees | $3,854.00 |
| Total New Charges | $3,854.00 |
| Previous Balance | $0.00 |
| Balance Due | $3,854.00 |

*Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 2.90 | $300.00 |
| Elizabeth C Berg | 2.70 | $325.00 |

**Baldi Berg, Ltd**                                                                                       4/23/2014

Nunez, Jessica - Trustee Matters                                                                Page     6

| | | |
|---|---|---|
| Jason M Manola | 5.20 | $125.00 |
| Jason M Manola | 4.20 | $175.00 |
| Ricki K Podorovsky | 3.70 | $195.00 |

**Trustee's Final Fee Application**                    **Jessica Nunez, Debtor**
                                                       **Case No. 12-05614**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Jessica Nunez, | ) | Case No. 12-05614 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | (Kane County) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois   )
County of Cook   )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.) a law firm at which I have been employed during the pendency of this case. I have not previously received payment of any compensation for services in connection with this case.

4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on April 28, 2014

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**