UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| Jessica Nunez, ) | | Case No. 12-05614 |
| ) | | |
| ) | | Honorable Donald R. Cassling |
| Debtor. ) | | (Kane County) |
| ) | | Hearing Date: June 13, 2014 |
| ) | | Hearing Time: 10:30 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:            Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.)

Authorized to Provide
Professional Services to:     Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                   August 22, 2013

Period for Which
Compensation is sought:       November 5, 2012 to Close of Case

Amount of Fees sought:        $1,309.00

Amount of Expense
Reimbursement sought:         $0.00

This is an:    Interim Application __      Final Application  _**X**_

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| | | Total Requested | Total |
|---|---|---|---|
| <u>Date Filed</u> | <u>Period Covered</u> | <u>(Fees & Expenses)</u> | <u>Allowed</u> |

**Not Applicable**

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is:  $ __-0-__ .

Dated:  May 12, 2014            Baldi Berg, Ltd.
                                (formerly Baldi Berg & Wallace, Ltd.)


                                By:     /s/Elizabeth C. Berg
                                        Elizabeth C. Berg

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Jessica Nunez, | ) | Case No. 12-05614 |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: June 13, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

**First Application for Allowance and Payment of Final Compensation
of Baldi Berg, Ltd., Attorneys for Trustee**

Baldi Berg, Ltd., (formerly known as Baldi Berg & Wallace, Ltd.) ("Baldi Berg"), attorneys for Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of Jessica Nunez, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to Baldi Berg of $1,309.00 as final compensation for 6.20 hours of legal services rendered to the Trustee from November 5, 2012 through the close of this case. In support thereof, Baldi Berg respectfully states as follows:

**Introduction**

1. This case was commenced on February 16, 2012 by the filing of a voluntary petition under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. As of the commencement of this case, the Estate's primary asset consisted of the Debtor's interest in her ex-husband's workers' compensation claim.

4. The bar date for filing claims in this case was November 13, 2013.

**Retention of Baldi Berg**

5. On August 22, 2013, 2013, the Court entered an ordered authorizing Trustee to employ Elizabeth C. Berg and the law firm of Baldi Berg, Ltd. as her counsel in this case. A copy of the order authorizing Trustee to retain Baldi Berg is attached hereto as Exhibit A. Baldi Berg has

served as counsel for Trustee at all times since its retention.

6. The professional qualifications and experience of the Baldi Berg attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who primarily were responsible for representing the Trustee in this case are:

> Elizabeth C. Berg – Partner
> Julia D. Loper -- Associate
> Ricki K. Podorovsky – Paralegal
> Jason M. Manola -- Paralegal

**Prior Compensation Received**

7. This is the first and final application ("Application") for allowance and payment of compensation that Baldi Berg will file in this case.

**Services Rendered by Baldi Berg**

8. Itemized and detailed descriptions of the specific services rendered by Baldi Berg to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal.

9. The services rendered by Baldi Berg include advising the Trustee as to general case administration including recovery of the Estate's asset. Baldi Berg researched and advised the Trustee regarding the Estate's interest in the Debtor's ex-husband's workers' compensation claim which was granted to Debtor as part of a marital settlement agreement ("Workers' Comp Claim"); on behalf of Trustee, Baldi Berg made demand to the attorney for the Debtor's ex-husband for a turnover of the payments due to Debtor on account of the Workers' Comp Claim; the Trustee collected nearly $23,000.00 on account of the Workers' Comp Claim; Baldi Berg analyzed and

advised the Trustee regarding the Estate's tax liabilities; and Baldi Berg prepared this final fee application.

## Compensation Requested

10. In connection with the foregoing services rendered, Baldi Berg has expended 6.20 hours of services for which it requests compensation in the amount of $1,309.00.

11. All of the services performed by Baldi Berg were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Baldi Berg at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of Baldi Berg's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by Baldi Berg for which compensation is requested. In those instances where two attorneys (or attorney and paralegal) participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12. The rates charged by the attorneys and paralegals of Baldi Berg in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

## Payment of Compensation

13. Baldi Berg has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by Baldi Berg for services rendered to the Trustee in connection with this case.

14. Baldi Berg has not previously received or been promised any payments for services rendered in this case.

15. The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

16. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

## Status of the Case

17. The Trustee has administered all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

18. Trustee has completed and filed her Final Report simultaneously herewith. The Final Fee Application for the Trustee has also been filed concurrently with this Application.

## Financial Condition of the Case

19. Trustee currently has approximately $23,000.00 on deposit in the Estate's bank account. The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with her final fee application, 2) the legal fees allowed to Baldi Berg, Ltd. in connection with this final fee application, and 3) any other fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

20. Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a 100% distribution to timely filed general unsecured creditors, plus interest. After payment of all Estate claims, Trustee estimates that there will be a surplus of funds totaling $18,687.75 which will be paid to the Debtor.

## Trustee's Approval

21. Baldi Berg certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg, Ltd., attorneys for Elizabeth C. Berg, as trustee, requests the

4

entry of an order providing the following:

    A.    Allowing to Baldi Berg, Ltd. final compensation in the amount of $1,309.00 for actual and necessary professional services rendered to the Trustee from November 5, 2012 through the closing of this case;

    B.    Authorizing the Trustee to pay the amount awarded from the funds in the case as part of her final distribution; and

    C.    For such other and further relief as this Court deems appropriate.

Dated: April 29, 2014                      Baldi Berg, Ltd.

                                          Attorneys for Elizabeth C. Berg, as trustee of the estate of Jessica Nunez, Debtor

                                          By:    /s/
                                                    Elizabeth C. Berg

Elizabeth C. Berg/Atty ID 6200886
Baldi Berg, Ltd.
20 N. Clark St., Suite 200
Chicago, IL 60602
312.726.8150

**Baldi Berg Ltd.**                                              **Jessica Nunez, Debtor**
**Final Fee Application**                                        **Case No. 12-05614**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-05614 |
| Jessica Nunez, | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**Order Authorizing Trustee to Employ Attorneys**

    THIS CAUSE comes before this Court on the Trustee's Application to Employ Elizabeth C. Berg and the law firm of Baldi Berg Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Elizabeth C. Berg; and the Court being fully advised in the premises:

    IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the bankruptcy estate of Jessica Nunez, is authorized to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: August 22, 2013

**Prepared by:**

Elizabeth C. Berg
Baldi Berg & Wallace, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL 60602
312.726.8150

**Baldi Berg Ltd.**  **Jessica Nunez, Debtor**
**Final Fee Application**  **Case No. 12-05614**

**Professional Qualifications**

**Exhibit B**

**Baldi Berg, Ltd.**

<u>Elizabeth C. Berg</u>

Elizabeth C. Berg is a Partner of the firm and her expertise is in representing bankruptcy trustees and creditors in chapter 7 bankruptcies. Mrs. Berg has represented and worked with Mr. Baldi since his appointment to the panel of private trustees in 1988. In October 2010, Mrs. Berg was appointed to the panel of private trustees by the United States Trustee's Office for the Northern District of Illinois. Mrs. Berg also has experience representing lenders, borrowers and receivers in commercial foreclosure actions.

Prior to her graduation from law school in 1989, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending and bankruptcy.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Illinois State Bar Association.

Mrs. Berg received her Juris Doctor from Loyola University School of Law where she was the recipient of the Lawyers Cooperative Publishing Company's American Jurisprudence Award for Excellent Achievement in the Study of Bankruptcy. She received her certification as a paralegal from Roosevelt University in Chicago, Illinois and received her Bachelor of Arts degree from Brown University in French Language and Culture.

In addition to practicing law, Mrs. Berg has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants.

**Baldi Berg, Ltd.**

<u>Julia D. Loper</u>

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies. Ms. Loper has worked with Baldi Berg, Ltd. since 2009. Ms. Loper also has general civil litigation experience.

Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association.

Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

**Baldi Berg, Ltd.**

**Ricki K. Podorovsky**

Ricki K. Podorovsky is a paralegal with the firm.  Ms. Podorovsky has worked with Baldi Berg, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois.  Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

**Jason M. Manola**

Jason M. Manola is a Paralegal with the firm. Mr. Manola has worked with Baldi Berg, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg Ltd.**                                                                 **Jessica Nunez, Debtor**
**Final Fee Application**                                                           **Case No. 12-05614**

**Billing Statements**

**Exhibit C**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

**Phone:** (312) 726-8150
**Fax:**   (312) 470-6323                                                            **FEIN:** 36-4352753

**Invoice submitted to:**                                               April 21, 2014
                                                                         Invoice No:   02434

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, IL 60602

**In Reference to:**   *Nunez - General Administration*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 11/05/2012 | JDL | Research re: health care services act vis a vis self-insured union lien. | 0.80<br>$250.00/ hr | $200.00 |
| 8/12/2013 | ECB | Review File (.1) teleconference with Workers' Comp Counsel for Debtor's ex-husband regarding settlement of Worker's Compensation judgment and payments to be made to estate (.2) | 0.30<br>$325.00/ hr | $97.50 |
| 8/13/2013 | ECB | Draft letter to PI attorney re: Estate's interest in worker's comp funds and demand for turnover of payments to Estate | 0.50<br>$325.00/ hr | $162.50 |
| 8/15/2013 | JMM | Drafted Motion to Employ BBW (.7) Order (.2) & Affidavit (.1), Edit same (.3). Drafted Motion to Employ Accounts (.6), Order (.2), Affidavit (.1) Edit same (.2), | 2.40<br>$175.00/ hr | $420.00 |
| 3/26/2014 | RKP | Review case file for information needed to determine estate tax liability (.3); research re: tax exemption of workers' comp funds (.2) email to L. West re: same (.2) | 0.70<br>$195.00/ hr | $136.50 |
| 4/21/2014 | RKP | Draft BB Fee Application (1.0); draft proposed order, coversheet and affidavit (.3); compile exhibits to fee | 1.50<br>$195.00/ hr | $292.50 |

**Baldi Berg, Ltd**  4/21/2014

Nunez - General Administration

Page   2

---

application (.2)

| | |
|---|---:|
| Total Fees | $1,309.00 |
| Total New Charges | $1,309.00 |
| Previous Balance | $0.00 |
| Balance Due | $1,309.00 |

*Timekeeper Summary*

| Name | Hours | Rate |
|---|---:|---:|
| Elizabeth C Berg | 0.80 | $325.00 |
| Julia D Loper | 0.80 | $250.00 |
| Jason M Manola | 2.40 | $175.00 |
| Ricki K Podorovsky | 2.20 | $195.00 |

**Baldi Berg Ltd.**  **Jessica Nunez, Debtor**
**Final Fee Application**  **Case No. 12-05614**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jessica Nunez, | ) | Case No. 12-05614 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | (Kane County) |

**Rule 2016 Affidavit**

State of Illinois     )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am a shareholder of Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.) and am authorized to execute this affidavit on behalf of Baldi Berg, Ltd.

2. I have read the Application for Allowance and Payment of Final Compensation of Baldi Berg, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4. Baldi Berg, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Baldi Berg, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation to be received in connection with this matter, except among the principals and associates of Baldi Berg, Ltd.

5. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
on April 29, 2014

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit D**