# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § §
NUNEZ, JESSICA § Case No. 12-05614
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Mr. Jeffrey P. Allsteadt
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street
7th Floor
Chicago  IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
10:30 a.m.
on Friday, June 13, 2014
in Courtroom 240 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| NUNEZ, JESSICA | § | Case No. 12-05614 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 22,999.98 |
| and approved disbursements of | $ | 87.57 |
| leaving a balance on hand of[1] | $ | 22,912.41 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C. Berg | $ 1,078.06 | $ 0.00 | $ 1,078.06 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 1,309.00 | $ 0.00 | $ 1,309.00 |
| Other: International Sureties, Ltd. | $ 7.89 | $ 7.89 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,387.06 |
| Remaining Balance | $ 20,525.35 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,831.19  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 1,259.83 | $ 0.00 | $ 1,259.83 |
| 000002 | Sprint Nextel | $ 571.36 | $ 0.00 | $ 571.36 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 1,831.19 |
| Remaining Balance | $ | 18,694.16 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 6.41 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 18,687.75 .

Prepared By: /s/_____
                                Elizabeth C. Berg, Trustee

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-05614-DRC
Jessica Nunez                                                           Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mrahmoun              Page 1 of 2                  Date Rcvd: May 13, 2014
                              Form ID: pdf006             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2014.
```
db            #+Jessica Nunez,    616 W Galena Blvd Apt 2,    Aurora, IL 60506-4583
18492283       Americredit,    Po Box 181145,    Arlington, TX 76096-1145
18492284      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Attention: Recovery Department,
                4161 Peidmont Pkwy.,    Greensboro, NC 27410)
18492293      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citgo Oil / Citibank,    Attn: Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195)
18492285      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
20938443       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18492287      +Cfs Aurora,    1596 N Farnsworth,    Aurora, IL 60505-1508
18492290      +Chase Bank Usa, Na,    Po Box 15298,    Wilmington, DE 19850-5298
18492291      +Chase/circuit City,    Po Box 15298,    Wilmington, DE 19850-5298
18492292      +Chrysler Financial/TD Auto Finance,    Attention: Bankruptcy,    Po Box 551080,
                Jacksonville, FL 32255-1080
18492295       Citifinancial,    Bsp13a,    Baltimore, MD 21202
18492294      +Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202-2120
18492297      +Client Services, Inc,    3451 Harry S Truman Road,    St Charles, MO 63301-9816
18492298      +Collection Prof/lasal,    723 1st St,    La Salle, IL 61301-2535
18492300       Collection Professionals,    PO Box 416,    La Salle, IL 61301-0416
18492306      +Dependon Collection Se,    Attn: Bankruptcy,    Po Box 4833,    Oak Brook, IL 60522-4833
18492312      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
18492313      +Hsbc Best Buy,    Po Box 5253,    Carol Stream, IL 60197-5253
18492314      +Hsbc Carson,    Po Box 5253,    Carol Stream, IL 60197-5253
18492315      +Hy Cite Corporation,    340 Coyier Ln,    Madison, WI 53713-2151
18492316     #+North Shore Agency,    4000 East Fifth  Ave.,    Columbus, OH 43219-1811
18492318      +RMS- (Sprint),    1000 Cir. 75 Pkwy Ste 400,    Atlanta, GA 30339-6051
18492317      +Riaz Baber MD SC,    1460 Bond St,    Ste 130,    Naperville, IL 60563-6510
18492321      +Target Credit Card (TC),    C/O Financial & Retail Services,    Mailstop BT  P.O. Box 9475,
                Minneapolis, MN 55440-9475
18492322      #Total Finance LLC,    2917 W. Irving Park Rd,    Chicago, IL 60618-3511
18492323     ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
              (address filed with court: U S Department Of Ed,    Po Box 7202,    Utica, NY 13504-7202)
18492328      +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609
18492330      +VNA Fox Valley,    400 N Highland Ave,    Aurora, IL 60506-3814
18492329      +Vincent Cook,    403 W Galena Blvd,    Ste 206,    Aurora, IL 60506-3988
18492331       Wells Fargo Hm Mortgag,    7255 Baymeadows Wa,    Des Moines, IA 50306
18492332       West Asset Management (Sprint),    PO Box 790113,    Saint Louis, MO 63179-0113
18492333      +Wfnnb/value City Furn,    Attn: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18492296      +E-mail/Text: bankruptcynotices@aurora-il.org May 14 2014 00:55:23      City of Aurora,
                44 E Downer Place,    Aurora, IL 60505-3302
18492301      +E-mail/Text: clerical.department@yahoo.com May 14 2014 00:53:02      Credtrs Coll,    Po Box 63,
                Kankakee, IL 60901-0063
18492309      +E-mail/Text: asaravia@dsgcollect.com May 14 2014 00:54:08      Diversified Services Group,
                1824 West Grand Ave,    Ste 200,    Chicago, IL 60622-6721
18492310      +E-mail/PDF: gecsedi@recoverycorp.com May 14 2014 11:50:00      Gemb/JC Penny,
                Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
18492320       E-mail/Text: appebnmailbox@sprint.com May 14 2014 00:54:12      Sprint Nextel,
                Attn: Bankruptcy Dept,    P.O. Box 7949,    Overland Park, KS 66207-0949
18492319      +E-mail/PDF: gecsedi@recoverycorp.com May 14 2014 11:50:00      Sams Club / GEMB,
                Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 6
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18492286*     +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
18492288*     +Cfs Aurora,    1596 N Farnsworth,    Aurora, IL 60505-1508
18492289*     +Cfs Aurora,    1596 N Farnsworth,    Aurora, IL 60505-1508
18492299*     +Collection Prof/lasal,    723 1st St,    La Salle, IL 61301-2535
18492302*     +Credtrs Coll,    Po Box 63,    Kankakee, IL 60901-0063
18492303*     +Credtrs Coll,    Po Box 63,    Kankakee, IL 60901-0063
18492304*     +Credtrs Coll,    Po Box 63,    Kankakee, IL 60901-0063
18492305*     +Credtrs Coll,    Po Box 63,    Kankakee, IL 60901-0063
18492307*     +Dependon Collection Se,    Attn: Bankruptcy,    Po Box 4833,    Oak Brook, IL 60522-4833
18492308*     +Dependon Collection Se,    Attn: Bankruptcy,    Po Box 4833,    Oak Brook, IL 60522-4833
18492311*     +Gemb/JC Penny,    Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
18492324*    ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
              (address filed with court: U S Department Of Ed,    Po Box 7202,    Utica, NY 13504-7202)
18492325*    ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
              (address filed with court: U S Department Of Ed,    Po Box 7202,    Utica, NY 13504-7202)
18492326*    ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
              (address filed with court: U S Department Of Ed,    Po Box 7202,    Utica, NY 13504-7202)
```

```
District/off: 0752-1          User: mrahmoun             Page 2 of 2            Date Rcvd: May 13, 2014
                              Form ID: pdf006            Total Noticed: 38
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
18492327*   ++U S DEPARTMENT OF EDUCATION,   P O BOX 5609,   GREENVILLE TX 75403-5609
             (address filed with court:   U S Department Of Ed,   Po Box 7202,   Utica, NY 13504-7202)
                                                                              TOTALS: 0, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2014 at the address(es) listed below:
          David J. Howard    on behalf of Debtor Jessica   Nunez pazuzuhoward@yahoo.com
          Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                        TOTAL: 4
```