UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
 §
NUNEZ, JESSICA § Case No. 12-05614
 §
 §
 Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Elizabeth C. Berg_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JESSICA NUNEZ |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| INTL SURETIES | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Americredit Po Box 181145 Arlington, TX 76096-1145 | | | | | |
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | | | | |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Cfs Aurora 1596 N Farnsworth Aurora, IL 60505 | | | | | |
| | Cfs Aurora 1596 N Farnsworth Aurora, IL 60505 | | | | | |
| | Cfs Aurora 1596 N Farnsworth Aurora, IL 60505 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank Usa, Na Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase/circuit City Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chrysler Financial/TD Auto Finance Attention: Bankruptcy Po Box 551080 Jacksonville, FL 32255 | | | | | |
| | Citgo Oil / Citibank Attn: Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citifinancial 300 Saint Paul Pl Baltimore, MD 21202 | | | | | |
| | Citifinancial Bsp13a Baltimore, MD 21202 | | | | | |
| | City of Aurora 44 E Downer Place Aurora, IL 60507 | | | | | |
| | Client Services, Inc 3451 Harry S Truman Road St Charles, MO 63301 | | | | | |
| | Collection Prof/lasal 723 1st St La Salle, IL 61301 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Collection Prof/lasal 723 1st St La Salle, IL 61301 | | | | | |
| | Collection Professionals PO Box 416 La Salle, IL 61301-0416 | | | | | |
| | Credtrs Coll Po Box 63 Kankakee, IL 60901 | | | | | |
| | Credtrs Coll Po Box 63 Kankakee, IL 60901 | | | | | |
| | Credtrs Coll Po Box 63 Kankakee, IL 60901 | | | | | |
| | Credtrs Coll Po Box 63 Kankakee, IL 60901 | | | | | |
| | Credtrs Coll Po Box 63 Kankakee, IL 60901 | | | | | |
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | | | | |
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | | | | |
| | Diversified Services Group 1824 West Grand Ave Ste 200 Chicago, IL 60622 | | | | | |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | | | | |
| | Hsbc Best Buy Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc Carson Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hy Cite Corporation 340 Coyier Ln Madison, WI 53713 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RMS- (Sprint) 1000 Cir. 75 Pkwy Ste 400 Atlanta, GA 30339 | | | | | |
| | Riaz Baber MD SC 1460 Bond St Ste 130 Naperville, IL 60563 | | | | | |
| | Sams Club / GEMB Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | | | | |
| | Sprint PO Box 4191 Carol Stream, IL 60197-4191 | | | | | |
| | Target Credit Card (TC) C/O Financial & Retail Services Mailstop BT  P.O. Box 9475 Minneapolis, MN 55440 | | | | | |
| | Total Finance LLC 2917 W. Irving Park Rd Chicago, IL 60618-3511 | | | | | |
| | U S Department Of Ed Po Box 7202 Utica, NY 13504-7202 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | U S Department Of Ed Po Box 7202 Utica, NY 13504-7202 | | | | | |
| | U S Department Of Ed Po Box 7202 Utica, NY 13504-7202 | | | | | |
| | U S Department Of Ed Po Box 7202 Utica, NY 13504-7202 | | | | | |
| | U S Department Of Ed Po Box 7202 Utica, NY 13504-7202 | | | | | |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| | VNA Fox Valley 400 N Highland Ave Aurora, IL 60506 | | | | | |
| | Vincent Cook 403 W Galena Blvd Ste 206 Aurora, IL 60506 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag 7255 Baymeadows Wa Des Moines, IA 50306 | | | | | |
| | West Asset Management (Sprint) PO Box 790113 Saint Louis, MO 63179-0113 | | | | | |
| | Wfnnb/value City Furn Attn: Bankruptcy Po Box 182686 Columbus, OH 43218 | | | | | |
| 000001 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | SPRINT NEXTEL | | | | | |
| | CAPITAL ONE BANK (USA), N.A. | | | | | |
| | SPRINT NEXTEL | | | | | |
| | NUNEZ, JESSICA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1 - Successor Trustee Report**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-05614 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
| Case Name: | NUNEZ, JESSICA | | | Date Filed (f) or Converted (c): | 02/16/12 (f) |
| | | | | 341(a) Meeting Date: | 03/26/12 |
| For Period Ending: | 09/08/14 | | | Claims Bar Date: | 11/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account<br>   Checking at Old Second | 100.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods<br>   Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Wearing Apparel<br>   Clothing for One Woman | 500.00 | 0.00 | | 0.00 | FA |
| 4. Contingent & Unliquidated Claims<br>   Possible Divorce Award on Ex-Spouse's Worker's Comp Claim | Unknown | 25,000.00 | | 22,999.98 | FA |
| 5. Tax Refund<br>   Tax Refund | 3,600.00 | 0.00 | | 0.00 | FA |
| 6. 2005 Jeep Liberty Sport<br>   2005 Jeep Liberty Sport Carmax Appraisal Offer dated 2/14/12 | 3,000.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $8,200.00 | $25,000.00 | | $22,999.98 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pursuant to marital settlement agreement, Debtor has right to share in Workers Compensation award of ex-spouse. Trustee contacted attorney handling WC claiim, invesitgated value of claim and validity of liens against same. Per recent amended arbitrator's decision, estate interest was $23,000 to be paid in 6 installments. All payments received. Trustee reviewed claims. Trustee advised by accountant that no Estate tax return was necessary. Trustee prepared TFR.

Initial Projected Date of Final Report (TFR): 03/31/14     Current Projected Date of Final Report (TFR): 12/31/14

LFORM1

Ver: 18.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2 - Successor Trustee Report

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-05614 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | NUNEZ, JESSICA | Bank Name: | Associated Bank |
|  |  | Account Number / CD #: | *******5893  Checking Account |
| Taxpayer ID No: | *******4312 |  |  |
| For Period Ending: | 09/08/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 12/20/13 |  | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 3,823.33 |  | 3,823.33 |
| 01/08/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.00 | 3,813.33 |
| 01/09/14 | 4 | Goldberg Weisman & Cairo<br>One E. Wacker Drive<br>38th Floor<br>Chicago  IL 60601 | SETTLEMENT: EX SPOUSE WORKER COMP | 1129-000 | 3,833.33 |  | 7,646.66 |
| 02/04/14 | 4 | Goldberg Weisman & Cairo<br>One E. Wacker Drive<br>38th Floor<br>Chicago  IL 60601 | SETTLEMENT: EX SPOUSE WORKER COMP | 1129-000 | 3,833.33 |  | 11,479.99 |
| 02/06/14 | 4 | Goldberg Weisman & Cairo<br>One E. Wacker Drive<br>38th Floor<br>Chicago  IL 60601 | SETTLEMENT: EX SPOUSE WORKER COMP | 1129-000 | 3,833.33 |  | 15,313.32 |
| 02/06/14 | 005001 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | 2013 Bond Premium<br>Bond Number: #016026455 | 2300-000 |  | 7.89 | 15,305.43 |
| 02/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.00 | 15,295.43 |
| 03/04/14 | 4 | Goldberg Weisman & Cairo<br>One E. Wacker Drive<br>38th Floor<br>Chicago  IL 60601 | SETTLEMENT: EX SPOUSE WORKER COMP | 1129-000 | 3,833.33 |  | 19,128.76 |
| 03/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 19.07 | 19,109.69 |
| 03/17/14 | 4 | Goldberg Weisman & Cairo<br>One E. Wacker Drive<br>38th Floor<br>Chicago  IL 60601 | SETTLEMENT: EX SPOUSE WORKER COMP | 1129-000 | 3,833.33 |  | 22,943.02 |
| 04/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 30.61 | 22,912.41 |

Page Subtotals     22,989.98     77.57

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2 - Successor Trustee Report

Page: 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-05614 -DRC | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | NUNEZ, JESSICA | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******5893 Checking Account |
| Taxpayer ID No: | *******4312 | | | |
| For Period Ending: | 09/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/18/14 | 005002 | Baldi Berg, Ltd. 20 N. Clark Street, Ste. 200 Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 | | 1,309.00 | 21,603.41 |
| 06/18/14 | 005003 | Elizabeth C. Berg, Trustee c/o Baldi Berg, Ltd. 20 N. Clark Street #200 Chicago IL 60602 | Trustee Compensation | 2100-000 | | 1,078.06 | 20,525.35 |
| 06/18/14 | 005004 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim 000001, Payment 100.03096% | | | 1,260.22 | 19,265.13 |
| | | | Claim 1,259.83 | 7100-000 | | | |
| | | | Interest 0.39 | 7990-000 | | | |
| 06/18/14 | 005005 | Sprint Nextel Attn: Bankruptcy Dept P.O. Box 7949 Overland Park, KS 66207-0949 | Claim 000002, Payment 100.03150% | | | 571.54 | 18,693.59 |
| | | | Claim 571.36 | 7100-000 | | | |
| | | | Interest 0.18 | 7990-000 | | | |
| 06/18/14 | 005006 | JESSICA NUNEZ 1301 East Indian Trail Apt #8 Aurora, IL 60505 | Surplus Funds | | | 18,693.59 | 0.00 |
| | | | Claim 18,687.75 | 8200-002 | | | |
| | | | Interest 5.84 | 7990-000 | | | |

Page Subtotals 0.00 22,912.41

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2 - Successor Trustee Report

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 12-05614 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | NUNEZ, JESSICA | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5893  Checking Account |
| Taxpayer ID No : | *******4312 | | |
| For Period Ending: | 09/08/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 22,989.98 | 22,989.98 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 3,823.33 | 0.00 | |
| | | | Subtotal | | 19,166.65 | 22,989.98 | |
| | | | Less: Payments to Debtors | | | 18,693.59 | |
| | | | Net | | 19,166.65 | 4,296.39 | |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2 - Successor Trustee Report

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-05614 -DRC | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | NUNEZ, JESSICA | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0267 Checking Account |
| Taxpayer ID No: | *******4312 | | | |
| For Period Ending: | 09/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/08/13 | 4 | Goldberg Weisman & Cairo | SETTLEMENT: EX SPOUSE WORKER COMP | 1129-000 | 3,833.33 | | 3,833.33 |
| | | One E. Wacker Drive | | | | | |
| | | 38th Floor | | | | | |
| | | Chicago IL 60601 | | | | | |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 10.00 | 3,823.33 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 3,823.33 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,833.33 | 3,833.33 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 3,823.33 | |
| Subtotal | 3,833.33 | 10.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,833.33 | 10.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********5893 | 19,166.65 | 4,296.39 | 0.00 |
| Checking Account - ********0267 | 3,833.33 | 10.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 22,999.98 | 4,306.39 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 3,833.33 | 3,833.33 |

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*